216

## AMERICAN MONUMENT FOUNDATION, L.L.C., Plaintiff—Appellee,

v.

## Brett Livingstone STRONG, Defendant—Appellant,

and

Commercial Moving & Rigging, Incorporated; Williams Equipment Corporation; Williams Industries, Incorporated, Defendants.

No. 03–1363.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 17, 2003.

Decided June 16, 2004.

Rachel L. Semanchik, Thomas O. Mason, Williams Mullen, McLean, Virginia, for Appellant. N. Thomas Connally, Hogan & Hartson L.L.P., McLean, Virginia, for Appellee.

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

PER CURIAM.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Brett Livingstone Strong appeals from the district court's order granting Plaintiff's motion for summary judgment and the magistrate judge's order granting Plaintiff's motion for sanctions. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Am. Monument Found., LLC v. Strong*, No. CA–02–897–A (E.D. Va. filed Feb. 12, 2003; entered Feb. 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*